# PROCEEDING MEMO

**Date:** 01/15/2020 11:00 am

**In re:** Matt V. Smith
Laurel L. Sassi

Bankruptcy No. 18-23249-CMB
Chapter: 13
Doc. # 49

**Appearances:** Winnecour/ Pail/ Katz/ DeSimone
Rowan; Warmbrodt

**Nature of Proceeding:** #49 Objection To Notice of Mortgage Payment Change

**Additional Pleadings:** Doc - (filed 11/08/2019) Notice of Mortgage Payment Change (Claim #9) with Certificate of Service filed by Freedom Mortgage Corporation
#50 Certificate of Service of Objection To Notice of Mortgage Payment Change at Docket #49
#54 Proposed Order
#55 Certificate of Service of Proposed Order at Docket #54
#57 Amended Notice of Hearing
#58 Certificate of Service of Amended Notice of Hearing at Docket #58
#60 Response by Freedom Mortgage Corporation

**Judge's Notes:**
Matter continued to 3/11/20 at 10:00

FILED
1/15/20 3:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 18-23249-CMB
Matt V. Smith                                                          Chapter 13
Laurel L. Sassi
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 1              Date Rcvd: Jan 15, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2020.
db/jdb         Matt V. Smith,    Laurel L. Sassi,    201 Republic Road,    Republic, PA 15475

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2020 at the address(es) listed below:
              James     Warmbrodt     on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
              Jill    Manuel-Coughlin    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;sarah.mccaffery@powerskirn.com
              Mark A. Rowan    on behalf of Debtor Matt V. Smith markrowan1@verizon.net
              Mark A. Rowan    on behalf of Joint Debtor Laurel L. Sassi markrowan1@verizon.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6