IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Matt V. Smith<br>Laurel L. Sassi<br><br>　　　　　　　　Debtors<br><br>Matt V. Smith<br>Laurel L. Sassi<br><br>　　　　　　　　Movants<br>vs.<br><br>Freedom Mortgage Corporation<br><br>　　　　　　　　Respondent | NO. 18-23249-CMB<br><br>Chapter 13<br><br>Related to: Document Nos. 49 and 68 |

## ORDER

Upon consideration of the Motion filed by Freedom Mortgage Corporation, it is **Ordered** and **Decreed** that the Motion is **granted**, and the hearing scheduled for May 12, 2020 at 10:00 a.m. is hereby continued to a TELEPHONIC Hearing on June 24, 2020 at 10:00 a.m. before Judge Carlota M. Böhm.  Parties or counsel of record who intend to participate in the hearing shall appear telephonically and shall make arrangements as directed by Judge Böhm's Modified Procedures at http://www.pawb.uscourts.gov/procedures-1 at least 24 hours in advance.

*Carlota M. Böhm*　　glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
5/11/20 11:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Matt V. Smith
Laurel L. Sassi
    Debtors

Case No. 18-23249-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: gamr        Page 1 of 1        Date Rcvd: May 11, 2020
                            Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2020.
db/jdb        Matt V. Smith,   Laurel L. Sassi,   201 Republic Road,   Republic, PA 15475

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2020 at the address(es) listed below:
     James Warmbrodt    on behalf of Creditor   Freedom Mortgage Corporation bkgroup@kmllawgroup.com
     Jill Manuel-Coughlin    on behalf of Creditor   PENNYMAC LOAN SERVICES, LLC    bankruptcy@powerskirn.com
     Mark A. Rowan    on behalf of Debtor Matt V. Smith markrowan1@verizon.net
     Mark A. Rowan    on behalf of Joint Debtor Laurel L. Sassi markrowan1@verizon.net
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                    TOTAL: 6