# PROCEEDING MEMO

**Date: 06/24/2020 10:00 am**

In re:   Matt V. Smith
        Laurel L. Sassi

                                            Bankruptcy No. 18-23249-CMB
                                            Chapter: 13
                                            Doc. # 68

**Appearances:  BY PHONE:  Ronda Winnecour;  Mark A. Rowan;  James C. Warmbrodt**

**Nature of Proceeding:  #49 Objection To Notice of Mortgage Payment Change**

**Additional Pleadings:**  Doc - (filed 11/08/2019) Notice of Mortgage Payment Change (Claim #9) with Certificate of Service filed by Freedom Mortgage Corporation
        **#50** Certificate of Service of Objection To Notice of Mortgage Payment Change at Docket #49
        **#54** Proposed Order
        **#55** Certificate of Service of Proposed Order at Docket #54
        **#57** Amended Notice of Hearing
        **#58** Certificate of Service of Amended Notice of Hearing at Docket #58
        **#60** Response by Freedom Mortgage Corporation
        **#62** Proceeding Memo from Hearing Held 01/15/2020 - Continued to 03/11/2020 at 10:00 a.m.
        **#64** Proceeding Memo from Hearing Held 03/11/2020 - Continued to 05/12/2020 at 10:00 a.m.
        **#66 TEXT ORDER:** The Continued Hearing scheduled for 05/12/2020 at 10:00 a.m. will now be a TELEPHONIC Hearing
        **#68** Motion to Continue Hearing
        **#69** Order Signed 05/11/2020 Granting Docket #68.  The TELEPHONIC Hearing scheduled for 05/12/2020 at 10:00 a.m. is CANCELLED and CONTINUED to: 06/24/2020 at 10:00 a.m.
        DOC - Filed 06/22/2020 - Notice of Mortgage Payment Change (Claim #9) with Certificate of Service filed by Freedom Mortgage Corporation

**Judge's Notes:**
- Parties working on a stipulation to resolve and will include Trustee.
OUTCOME: Continued to telephonic hearing on 8/5 at 10am. Continued hearing will be cancelled if consent order is filed.

                                                              FILED
                                                              6/24/20 1:53 pm
                                                              CLERK
                                                              U.S. BANKRUPTCY
                                                              COURT - WDPA