**PROCEEDING MEMO**

**Date: 08/05/2020 10:00 am**

**In re:**  Matt V. Smith
Laurel L. Sassi

**Bankruptcy No. 18-23249-CMB**
**Chapter: 13**
**Doc. # 49**

**Appearances:  BY PHONE:  Ronda J. Winnecour;  James C. Warmbrodt**

**Nature of Proceeding: #49 Continued Hearing Re: Objection To Notice of Mortgage Payment Change**

**Additional Pleadings:**  Doc - (filed 11/08/2019) Notice of Mortgage Payment Change (Claim #9) with Certificate of Service filed by Freedom Mortgage Corporation
#50 Certificate of Service of Objection To Notice of Mortgage Payment Change at Docket #49
#54 Proposed Order
#55 Certificate of Service of Proposed Order at Docket #54
#57 Amended Notice of Hearing
#58 Certificate of Service of Amended Notice of Hearing at Docket #58
#60 Response by Freedom Mortgage Corporation
#62 Hearing Held 01/15/2020 - Hearing Continued to 03/11/2020 at 10:00 a.m.
#64 Proceeding Memo from Hearing Held 03/11/2020- Continued to 05/12/2020 at 10:00 a.m.
#66 TEXT ORDER:  The Continued Hearing scheduled for 05/12/2020 at 10:00 a.m. will now be a TELEPHONIC Hearing
#68 Motion to Continue Hearing
#69 Order Signed 05/11/2020 Granting Docket #68.  The TELEPHONIC Hearing scheduled for 05/12/2020 at 10:00 a.m. is CANCELLED and CONTINUED to: 06/24/2020 at 10:00 a.m.
Doc - Filed 06/22/2020 - Notice of Mortgage Payment Change (Claim #9) with Certificate of Service filed by Freedom Mortgage Corporation
#71 Proceeding Memo from 06/24/2020 Hearing - CONTINUED TELEPHONIC Hearing scheduled for 08/05/2020 at 10:00 a.m.

**Judge's Notes:**
Warmbrodt: Stipulation prepared and forwarded for review. Anticipate filing the stipulation soon resolving all matters.
OUTCOME: Continued to 9/16/20 at 10am. May be cancelled if stipulation is filed.

**Carlota M. Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
8/5/20 2:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Matt V. Smith
Laurel L. Sassi
    Debtors

Case No. 18-23249-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: gamr    Page 1 of 1    Date Rcvd: Aug 05, 2020
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2020.
db/jdb     Matt V. Smith,    Laurel L. Sassi,    201 Republic Road,    Republic, PA 15475

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2020                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2020 at the address(es) listed below:
       James  Warmbrodt    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
       Jerome B. Blank    on behalf of Creditor    Freedom Mortgage Corporation pawb@fedphe.com
       Jill  Manuel-Coughlin    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC
       bankruptcy@powerskirn.com
       Mark A. Rowan    on behalf of Debtor Matt V. Smith markrowan1@verizon.net
       Mark A. Rowan    on behalf of Joint Debtor Laurel L. Sassi markrowan1@verizon.net
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                TOTAL: 7