IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Matt V. Smith<br>Laurel L. Sassi<br>　　　　　　　Debtors<br><br>Matt V. Smith<br>Laurel L. Sassi<br><br>　　　　　　　Movants<br>vs.<br><br>Freedom Mortgage Corporation<br>　　　　　　　Respondent | NO. 18-23249-CMB<br><br>CHAPTER 13<br><br>Related to Docs. 49, 60<br><br>Hearing Date: 8/5/20 @ 10:00 a.m. |

## STIPULATION AND ORDER

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, Debtors filed an objection to the Respondent's Notice of Mortgage Payment Change filed November 8, 2019 at Claim No. 9-1, which increased Debtors' monthly payment from $571.04 to $720.19 effective December 1, 2019;

WHEREAS, the monthly payment increase was due to an increase in the escrow payment from $149.43 to $298.58 per month;

WHEREAS, the escrow payment included payment of forced place insurance;

WHEREAS, Debtors have since purchased homeowners insurance;

WHEREAS, Respondent has issued an Escrow Account Disclosure Statement dated June 8, 2020 to address changes in Debtors' monthly payment.

It is therefore Stipulated and agreed as follows:

1. Debtors' monthly payment will be $590.66 effective August 1, 2020, as evidenced by the Escrow Account Disclosure Statement dated June 8, 2020 which is attached hereto as Exhibit "A".

2. As stated in the Escrow Account Disclosure Statement, there is an escrow surplus of $692.23, which surplus shall be mailed to the Debtors.

3. Debtors acknowledge that future annual escrow reviews may require increases in the amounts owed for escrow items and escrow shortages, resulting in corresponding increases in monthly payments.

4. Debtors' Objection to the Notice of Mortgage Payment Change is hereby withdrawn.

7. The hearing scheduled for August 5, 2020 at 10:00 a.m. is cancelled.

Consented to by:

*/s/ Mark A. Rowan*
Mark A. Rowan, Esquire
Attorney for Debtors
890 Vanderbilt Road
Connellsville, PA 15425
Phone: 724-628-8180
Markrowan1@verizon.net

/s/ James C. Warmbrodt, Esquire
James C. Warmbrodt, Esquire
KML Law Group, P.C.
Attorney for Respondent
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 412-430-3594
jwarmbrodt@kmllawgroup.com
Brian C. Nicholas, Esq
bnicholas@kmllawgroup.com

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

It is FURTHER ORDERED that the Continued Telephonic Hearing scheduled for September 16, 2020, at 10:00 a.m. is CANCELLED.

FILED
9/15/20 2:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

By the Court,

*Carlota M. Böhm*   glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                  Case No. 18-23249-CMB
Matt V. Smith                                           Chapter 13
Laurel L. Sassi
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: gamr              Page 1 of 1              Date Rcvd: Sep 15, 2020
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2020.
db/jdb          Matt V. Smith,    Laurel L. Sassi,    201 Republic Road,    Republic, PA 15475

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2020 at the address(es) listed below:
              Brian Nicholas     on behalf of Creditor    Freedom Mortgage Corporation bnicholas@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    Freedom Mortgage Corporation pawb@fedphe.com
              Jill Manuel-Coughlin    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC
               bankruptcy@powerskirn.com
              Mark A. Rowan     on behalf of Joint Debtor Laurel L. Sassi markrowan1@verizon.net
              Mark A. Rowan     on behalf of Debtor Matt V. Smith markrowan1@verizon.net
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8