IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 18-23249 CMB |
| Matt V. Smith, *aka Matt Sassi,* ) | Chapter 13 |
| Laurel L. Sassi, ) | Docket No. |
|    *Debtors* ) | |

## NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002

    NOW COMES Kenneth Steidl and Steidl and Steinberg pursuant to Bankruptcy Rule 9010 and his appearances as attorney for the debtors and, pursuant to Bankruptcy Rule 2002, requests that he be noticed on all pleadings, documents and hearings; that he receive copies of all documents; and be added to the matrix to be served at the addresses below:

Kenneth Steidl
Steidl & Steinberg
Suite 2830
707 Gulf Street
Pittsburgh, PA 15219
(412) 391-8000
Ken.steidl@steidl-steinberg.com

Date of Service: August 24, 2021

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtors

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965