IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 18-23249 CMB |
| Matt V. Smith, *aka Matt Sassi*, ) | Chapter 13 |
| Laurel L. Sassi, ) | Related to Docket No. 91 |
| *Debtors* ) | Hearing: October 14, 2021 @ 1:30 p.m. |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on August 26, 2021, a true and correct copy of the *Order of Court dated August 25, 2021* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties on the attached mailing matrix.

Date of Service: August 26, 2021

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtors

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 18-23249-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Thu Aug 26 09:56:21 EDT 2021 | AHN Forbes Hospital<br>2570 Haymaker Road<br>Monroeville, PA 15146-3513 | Allegheny Radiology Associates<br>PO Box 49<br>Pittsburgh, PA 15230-0049 |
| Bank of America<br>PO Box 17402<br>Baltimore, MD 21297-1402 | Bank of America<br>PO Box 1758<br>Newark, NJ 07101-1758 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Berkheimer Agt. Everson Borough/Southoreland<br>50 North Seventh Street<br>Bangor, PA 18013-1731 | Jerome B. Blank<br>Phelan Hallinan Diamond & Jones, LLP<br>1617 JFK Boulevard<br>Philadelphia, PA 19103-1821 | CBNA<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One<br>PO Box 85167<br>Richmond, VA 23285-5167 | Capital One Auto<br>3901 Dallas Pkwy<br>Plano, TX 75093-7864 |
| Capital One Auto Finance<br>7933 Preston Road<br>Plano, TX 75024-2302 | Capital One Auto Finance<br>PO Box 85617<br>Richmond, VA 23285-5617 | Capital One Auto Finance, a division of Capi<br>P.O. Box 4360<br>Houston, TX 77210-4360 |
| Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One Bank<br>PO Box 60024<br>City Of Industry, CA 91716-0024 | Capital One Bank<br>PO Box 790216<br>Saint Louis, MO 63179-0216 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One CC1<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | (p)COLLECTION SERVICE CENTER INC<br>363 VANADIUM ROAD<br>STE 109<br>PITTSBURGH PA 15243-1477 |
| Columbia Gas<br>South Pointe Industrial Park<br>105 Technology Drive<br>Canonsburg, PA 15317 | (p)COLUMBIA GAS<br>290 W NATIONWIDE BLVD 5TH FL<br>BANKRUPTCY DEPARTMENT<br>COLUMBUS OH 43215-4157 | Convergent Outsourcing, Inc.<br>PO Box 9004<br>Renton, WA 98057-9004 |
| Credit Collection Service<br>PO Box 607<br>Norwood, MA 02062-0607 | Credit Collection Service<br>PO Box 9134<br>Needham Heights, MA 02494-9134 | Everson Tax Collection<br>Karen L. Christner<br>604 Graff Street<br>Everson, PA 15631-1122 |
| Freedom Mortgage<br>100500 Kincaid Drive<br>Fishers, IN 46037 | Freedom Mortgage<br>1910 Cochran Road<br>Suite 728<br>Pittsburgh, PA 15220-1235 | Freedom Mortgage Corporation<br>c/o McCalla Raymer Leibert Pierce, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 |

| | | |
|---|---|---|
| Freedom Mortgage Corporation<br>Bankruptcy Department<br>10500 Kincaid Drive<br>Suite 300<br>Fishers, IN 46037-9764 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | Jill Manuel-Coughlin<br>Powers Kirn, LLC<br>Eight Neshaminy Interplex<br>Suite 215<br>Trevose, PA 19053-6980 |
| Lauren Moyer<br>McCabe, Weisberg & Conway<br>123 S. Broad St.<br>Suite 1400<br>Philadelphia, PA 19109-1060 | Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Novacare Rehabilitation<br>400 Technology Drive<br>Sute 240<br>Canonsburg, PA 15317-9575 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Penny MAC Loan Services<br>27001 Agoura Road<br>Agoura Hills, CA 91301-5339 | Penny Mac Loan Services<br>3043 Townsgate Road<br>#200<br>Westlake Village, CA 91361-3027 |
| Penny Mac Loan Services<br>6101 Cander Drive<br>Moorpark, CA 93021 | PennyMac Loan Services, LLC<br>PO Box 2410<br>Moorpark, CA 93020-2410 | Powers Kirn & Associates<br>Eight Neshaminy Interplex<br>Suite 215<br>Feasterville Trevose, PA 19053-6980 |
| Progressive Insurance<br>6300 Wilson Mills Road<br>Cleveland, OH 44143-2182 | Progressive Insurance<br>PO Box 43258<br>Richmond Heights, OH 44143-0258 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Receivables Management Partners<br>1809 N. Broadway St.<br>Greensburg, IN 47240-8217 | Mark A. Rowan<br>Rowan Law Offices<br>890 Vanderbilt Road<br>Connellsville, PA 15425-6241 | Laurel L. Sassi<br>201 Republic Road<br>Republic, PA 15475 |
| Robert H. Slone, Trustee<br>223 South Maple Avenue<br>Greensburg, PA 15601-3232 | Matt V. Smith<br>201 Republic Road<br>Republic, PA 15475 | Southmoreland School District<br>200 Scottie Way<br>Scottdale, PA 15683-1066 |
| (p)STATE COLLECTION SERVICE INC<br>2509 S STOUGHTON RD<br>MADISON WI 53716-3314 | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | UPMC Dr. Austin MD<br>2 Hot Metal Street<br>Dist. Room 386<br>Pittsburgh, PA 15203-2348 |
| Uniontown Hospital<br>500 W. Berkeley St.<br>Uniontown, PA 15401-5596 | Washington Health System<br>PO Box 855<br>Washington, PA 15301-0855 | Wells Fargo<br>1789 S. Braddock Ave. 150<br>Pittsburgh, PA 15218-1871 |

| | | |
|---|---|---|
| Wells Fargo<br>PO Box 14411<br>Des Moines, IA 50306-3411 | Wells Fargo<br>PO Box 1697<br>Winterville, NC 28590-1697 | Wells Fargo Bank N.A., d/b/a Wells Fargo Aut<br>PO Box 130000<br>Raleigh, NC 27605-1000 |
| Westmoreland/Fayette Municipal Sewage<br>PO Box 126<br>170 Mill Lane<br>Scottdale, PA 15683-2622 | berkheimer tax innovations<br>PO Box 21690<br>Lehigh Valley, PA 18002-1690 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>PO Box 982238<br>El Paso, TX 79998-2235 | Capital One<br>15000 Capital One Drive<br>Richmond, VA 23238-1119 | (d)Capital One<br>Bankruptcy Correspondence<br>PO Box 5155<br>Norcross, GA 30091 |
| (d)Capital One Bank<br>15000 Capital One Drive<br>Richmond, VA 23238 | Collection Service Center<br>250 Mt. Lebanon Blvd.<br>Suite 420<br>West Mifflin, PA 15122 | Columbia Gas of PA<br>PO Box 742537<br>Cincinnati, OH 45274 |
| (d)Columbia Gas of Pennsylvania<br>PO Box 117<br>Columbus, OH  43216 | MCYDSNB<br>PO Box 8218<br>Mason, OH 45040 | (d)Macy's<br>Bankruptcy Processing<br>PO Box 8053<br>Mason, OH 45040 |
| (d)Macy's<br>PO Box 4581<br>Carol Stream, IL 60197-4581 | (d)Macy's<br>PO Box 689195<br>Des Moines, IA 50368 | PNC Bank<br>Attn: Bankruptcy Department<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222 |
| (d)PNC Bank NA<br>1 Financial Pkwy<br>Kalamazoo, MI 49009 | (d)PNC Bank, N.A.<br>PO Box 94982<br>Cleveland, OH 44101 | State Collection Service, Inc.<br>PO Box 6250<br>Madison, WI 53716-0250 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | (u)PENNYMAC LOAN SERVICES, LLC | End of Label Matrix<br>Mailable recipients    64<br>Bypassed recipients     2<br>Total                   66 |