| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Matt V. Smith**<br>First Name   Middle Name   Last Name | Social Security number or ITIN | xxx–xx–4052 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Laurel L. Sassi**<br>First Name   Middle Name   Last Name | Social Security number or ITIN | xxx–xx–4293 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed in chapter **13** | **8/15/18** |
| Case number: | **18–23249–CMB** | Date case converted to chapter **7** | **8/25/21** |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Matt V. Smith | Laurel L. Sassi |
| 2. | **All other names used in the last 8 years** | aka Matt Sassi | |
| 3. | **Address** | 201 Republic Road<br>Republic, PA 15475 | 201 Republic Road<br>Republic, PA 15475 |
| 4. | **Debtor's attorney**<br>Name and address | Mark A. Rowan<br>Rowan Law Offices<br>890 Vanderbilt Road<br>Connellsville, PA 15425 | Contact phone 724–628–8180<br><br>Email: markrowan1@verizon.net |
| 5. | **Bankruptcy trustee**<br>Name and address | Robert H. Slone, Trustee<br>223 South Maple Avenue<br>Greensburg, PA 15601 | Contact phone 724–834–2990<br><br>Email: robertslone223@gmail.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**    page 1

Debtor  **Matt V. Smith**  and  **Laurel L. Sassi**                                                                                 Case number **18–23249–CMB**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 8/25/21 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 18, 2021 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8.**        **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/17/21** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):**<br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 11/3/21**<br><br>**Filing deadline: 2/11/19** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                                                page **2**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23249-CMB |
| Matt V. Smith | Chapter 7 |
| Laurel L. Sassi | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 4 |
| Date Rcvd: Aug 25, 2021 | Form ID: 309B | Total Noticed: 71 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Matt V. Smith, Laurel L. Sassi, 201 Republic Road, Republic, PA 15475 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Jerome B. Blank, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Philadelphia, PA 19103-1821 |
| aty | + | Jill Manuel-Coughlin, Powers Kirn, LLC, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| aty | + | Kenneth Steidl, Steidl & Steinberg, Suite 2830 Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219-1908 |
| aty | + | Lauren Moyer, McCabe, Weisberg & Conway, 123 S. Broad St., Suite 1400, Philadelphia, PA 19109-1060 |
| tr | + | Robert H. Slone, Trustee, 223 South Maple Avenue, Greensburg, PA 15601-3232 |
| cr | + | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14898473 | + | AHN Forbes Hospital, 2570 Haymaker Road, Monroeville, PA 15146-3513 |
| 14898474 | + | Allegheny Radiology Associates, PO Box 49, Pittsburgh, PA 15230-0049 |
| 14904776 | + | Berkheimer Agt. Everson Borough/Southoreland SD, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 14898491 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Center, 250 Mt. Lebanon Blvd., Suite 420, West Mifflin, PA 15122 |
| 14898493 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of PA, PO Box 742537, Cincinnati, OH 45274 |
| 14898484 | | Capital One Auto Finance, PO Box 85617, Richmond, VA 23285-5617 |
| 14898489 | | Capital One CC1, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14898492 | | Columbia Gas, South Pointe Industrial Park, 105 Technology Drive, Canonsburg, PA 15317 |
| 14898497 | + | Everson Tax Collection, Karen L. Christner, 604 Graff Street, Everson, PA 15631-1122 |
| 14898498 | | Freedom Mortgage, 100500 Kincaid Drive, Fishers, IN 46037 |
| 14898499 | + | Freedom Mortgage, 1910 Cochran Road, Suite 728, Pittsburgh, PA 15220-1235 |
| 14929489 | + | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14898504 | + | Novacare Rehabilitation, 400 Technology Drive, Sute 240, Canonsburg, PA 15317-9575 |
| 14898506 | | Penny MAC Loan Services, 27001 Agoura Road, Agoura Hills, CA 91301-5339 |
| 14898507 | + | Penny Mac Loan Services, 3043 Townsgate Road, #200, Westlake Village, CA 91361-3027 |
| 14898505 | | Penny Mac Loan Services, 6101 Cander Drive, Moorpark, CA 93021 |
| 14920396 | + | PennyMac Loan Services, LLC, PO Box 2410, Moorpark, CA 93020-2410 |
| 14898510 | + | Powers Kirn & Associates, Eight Neshaminy Interplex, Suite 215, Feasterville Trevose, PA 19053-6980 |
| 14898512 | + | Progressive Insurance, PO Box 43258, Richmond Heights, OH 44143-0258 |
| 14898511 | + | Progressive Insurance, 6300 Wilson Mills Road, Cleveland, OH 44143-2182 |
| 14898514 | + | Southmoreland School District, 200 Scottie Way, Scottdale, PA 15683-1066 |
| 14898517 | + | UPMC Dr. Austin MD, 2 Hot Metal Street, Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 14898516 | | Uniontown Hospital, 500 W. Berkeley St., Uniontown, PA 15401-5596 |
| 14898518 | | Washington Health System, PO Box 855, Washington, PA 15301-0855 |
| 14934208 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 14898522 | + | Westmoreland/Fayette Municipal Sewage, PO Box 126, 170 Mill Lane, Scottdale, PA 15683-2622 |
| 14898478 | | berkheimer tax innovations, PO Box 21690, Lehigh Valley, PA 18002-1690 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: markrowan1@verizon.net | | |
| | | Aug 25 2021 23:22:00 | Mark A. Rowan, Rowan Law Offices, 890 |

| District/off: 0315-2 | User: culy | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 25, 2021 | Form ID: 309B | Total Noticed: 71 |

| | | | | |
|---|---|---|---|---|
| | | | | Vanderbilt Road, Connellsville, PA 15425 |
| smg | | EDI: PENNDEPTREV | Aug 26 2021 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 25 2021 23:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 26 2021 03:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 25 2021 23:23:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Aug 25 2021 23:23:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | + | EDI: AISACG.COM | Aug 26 2021 03:33:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14898475 | | EDI: BANKAMER.COM | Aug 26 2021 03:33:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2235 |
| 14898476 | | EDI: BANKAMER2.COM | Aug 26 2021 03:33:00 | Bank of America, PO Box 1758, Newark, NJ 07101-1758 |
| 14898477 | | EDI: BANKAMER2.COM | Aug 26 2021 03:33:00 | Bank of America, PO Box 17402, Baltimore, MD 21297-1402 |
| 14898479 | | EDI: CAPITALONE.COM | Aug 26 2021 03:33:00 | Capital One, 15000 Capital One Drive, Richmond, VA 23238-1119 |
| 14898482 | | EDI: CAPITALONE.COM | Aug 26 2021 03:33:00 | Capital One, Bankruptcy Correspondence, PO Box 5155, Norcross, GA 30091 |
| 14898486 | | EDI: CAPITALONE.COM | Aug 26 2021 03:33:00 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 14898490 | + | EDI: CITICORP.COM | Aug 26 2021 03:33:00 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14898481 | | EDI: CAPITALONE.COM | Aug 26 2021 03:33:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14898480 | | EDI: CAPITALONE.COM | Aug 26 2021 03:33:00 | Capital One, PO Box 85167, Richmond, VA 23285-5167 |
| 14898483 | + | EDI: CAPONEAUTO.COM | Aug 26 2021 03:33:00 | Capital One Auto, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 14898485 | + | EDI: CAPONEAUTO.COM | Aug 26 2021 03:33:00 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 14900170 | + | EDI: AISACG.COM | Aug 26 2021 03:33:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14898488 | | EDI: CAPITALONE.COM | Aug 26 2021 03:33:00 | Capital One Bank, PO Box 790216, Saint Louis, MO 63179-0216 |
| 14898487 | | EDI: CAPITALONE.COM | Aug 26 2021 03:33:00 | Capital One Bank, PO Box 60024, City Of Industry, CA 91716-0024 |
| 14920005 | | EDI: CAPITALONE.COM | Aug 26 2021 03:33:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14898494 | + | EDI: CONVERGENT.COM | Aug 26 2021 03:33:00 | Convergent Outsourcing, Inc., PO Box 9004, Renton, WA 98057-9004 |
| 14898496 | + | EDI: CCS.COM | | |

| District/off: 0315-2 | User: culy | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 25, 2021 | Form ID: 309B | Total Noticed: 71 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 26 2021 03:33:00 | Credit Collection Service, PO Box 9134, Needham Heights, MA 02494-9134 |
| 14898495 | + | EDI: CCS.COM | | |
| | | | Aug 26 2021 03:33:00 | Credit Collection Service, PO Box 607, Norwood, MA 02062-0607 |
| 14898503 | + | EDI: CITICORP.COM | | |
| | | | Aug 26 2021 03:33:00 | MCYDSNB, PO Box 8218, Mason, OH 45040 |
| 14898502 | + | EDI: CITICORP.COM | | |
| | | | Aug 26 2021 03:33:00 | Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 14898500 | + | EDI: CITICORP.COM | | |
| | | | Aug 26 2021 03:33:00 | Macy's, PO Box 4581, Carol Stream, IL 60197-4581 |
| 14898501 | + | EDI: CITICORP.COM | | |
| | | | Aug 26 2021 03:33:00 | Macy's, PO Box 689195, Des Moines, IA 50368 |
| 14898508 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Aug 25 2021 23:22:00 | PNC Bank, Attn: Bankruptcy Department, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14898509 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Aug 25 2021 23:22:00 | PNC Bank NA, 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14936523 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Aug 25 2021 23:22:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14911466 | | EDI: Q3G.COM | | |
| | | | Aug 26 2021 03:33:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14898513 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | | |
| | | | Aug 25 2021 23:23:25 | Receivables Management Partners, 1809 N. Broadway St., Greensburg, IN 47240-8217 |
| 14898515 | | Email/Text: amieg@stcol.com | | |
| | | | Aug 25 2021 23:22:00 | State Collection Service, Inc., PO Box 6250, Madison, WI 53716-0250 |
| 14898519 | + | EDI: WFFC.COM | | |
| | | | Aug 26 2021 03:33:00 | Wells Fargo, PO Box 1697, Winterville, NC 28590-1697 |
| 14898520 | | EDI: WFFC.COM | | |
| | | | Aug 26 2021 03:33:00 | Wells Fargo, 1789 S. Braddock Ave. 150, Pittsburgh, PA 15218-1871 |
| 14898521 | | EDI: WFFC.COM | | |
| | | | Aug 26 2021 03:33:00 | Wells Fargo, PO Box 14411, Des Moines, IA 50306-3411 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| 14924453 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas of Pennsylvania, PO Box 117, Columbus, OH 43216 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2021          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |
| Jill Manuel-Coughlin | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com |
| Kenneth Steidl | on behalf of Debtor Matt V. Smith julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Laurel L. Sassi julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Lauren Moyer | on behalf of Creditor PENNYMAC LOAN SERVICES LLC ecfmail@ecf.courtdrive.com |
| Mark A. Rowan | on behalf of Debtor Matt V. Smith markrowan1@verizon.net |
| Mark A. Rowan | on behalf of Joint Debtor Laurel L. Sassi markrowan1@verizon.net |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | robertslone223@gmail.com rslone@pulsenet.com;pa07@ecfcbis.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 11