**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

   MATT V. SMITH
   LAUREL L. SASSI
       Debtor(s)

Case No.:18-23249

Ronda J. Winnecour
      Movant
    vs.
No Respondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 08/15/2018 and confirmed on 10/26/2018. The case was subsequently (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 82,956.73 |
| Less Refunds to Debtor | 21.67 | |
| TOTAL AMOUNT OF PLAN FUND | | 82,935.06 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,500.00 | |
|   Trustee Fee | 4,494.04 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,994.04 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| FREEDOM MORTGAGE CORP<br>Acct: 6100 | 0.00 | 20,367.70 | 0.00 | 20,367.70 |
| PENNYMAC LOAN SERVICES LLC<br>Acct: 5646 | 0.00 | 26,794.39 | 0.00 | 26,794.39 |
| PENNYMAC LOAN SERVICES LLC<br>Acct: 5646 | 13,496.07 | 13,110.81 | 0.00 | 13,110.81 |
| FREEDOM MORTGAGE CORP<br>Acct: 6100 | 98.03 | 78.56 | 0.00 | 78.56 |
| CAPITAL ONE AUTO FINANCE - DIV CAPITA<br>Acct: 0480 | 10,125.43 | 7,067.40 | 1,697.16 | 8,764.56 |
| WELLS FARGO BANK NA D/B/A WELLS FA<br>Acct: 7199 | 9,086.46 | 6,825.00 | 0.00 | 6,825.00 |
| | | | | 75,941.02 |
| **Priority** | | | | |
| MARK A ROWAN ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MATT V. SMITH<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 18-23249 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | MATT V. SMITH | 21.67 | 21.67 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MARK A ROWAN ESQ | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TAX AUTH OR TYPE TAX UNKNOWN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SOUTHMORELAND SD & EVERSON BORO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4052 | | | | |
| | | ***NONE*** | | | |
| Unsecured | | | | | |
| | AHN FORBES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8848 | | | | |
| | ALLEGHENY RADIOLOGY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4608 | | | | |
| | BANK OF AMERICA NA**  (LMP) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0181 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 684.70 | 0.00 | 0.00 | 0.00 |
| | Acct: 7937 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 326.96 | 0.00 | 0.00 | 0.00 |
| | Acct: 7313 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 3,123.69 | 0.00 | 0.00 | 0.00 |
| | Acct: 6512 | | | | |
| | COLUMBIA GAS OF PA INC(*) | 96.70 | 0.00 | 0.00 | 0.00 |
| | Acct: 4052 | | | | |
| | THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DEPARTMENT STORES NATIONAL BANK/M | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4731 | | | | |
| | NOVACARE REHABILITATION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4778 | | | | |
| | PNC BANK NA | 18,036.87 | 0.00 | 0.00 | 0.00 |
| | Acct: 6667 | | | | |
| | PROGRESSIVE INSURANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 376C | | | | |
| | UNIONTOWN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2936 | | | | |
| | UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7249 | | | | |
| | WASHINGTON HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2202 | | | | |
| | WESTMORELAND-FAYETTE MUNICIPAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2602 | | | | |
| | SOUTHMORELAND SD & EVERSON BORO | 77.50 | 0.00 | 0.00 | 0.00 |
| | Acct: 4052 | | | | |
| | QUANTUM3 GROUP LLC AGNT - CF MEDIC | 515.23 | 0.00 | 0.00 | 0.00 |
| | Acct: 4927 | | | | |
| | POWERS KIRN LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MCCALLA RAYMER  ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

| 18-23249 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|    COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    CONVERGENT OUTSOURCING | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    CREDIT COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    FAYETTE COUNTY TAX CLAIM BUR | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    FREDERIC I WEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    RECEIVABLES MANAGEMENT++ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |

\*\*\* N O N E \*\*\*

| TOTAL PAID TO CREDITORS | | 75,941.02 |
|---|---|---|

TOTAL CLAIMED
| PRIORITY | 0.00 |
|---|---|
| SECURED | 32,805.99 |
| UNSECURED | 22,861.65 |

Date: 09/01/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com