IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  Matt V. Smith aka Matt Sassi and Laurel L. Sassi<br>Debtors<br><br>PennyMac Loan Services, LLC, or its Successor or Assignee<br>Movant<br><br>vs.<br><br>Robert H. Slone, Trustee<br>Matt V. Smith aka Matt Sassi and Laurel L. Sassi<br>Respondents | Chapter 7<br><br>Bankruptcy No. 18-23249-CMB<br><br>re doc. 114 |

**ENTERED BY DEFAULT**

**ORDER OF COURT**

AND NOW, to-wit, this  30th day of November  , 20 21  , upon consideration of the Motion for Relief from the Automatic Stay filed by PennyMac Loan Services, LLC, or its Successor or Assignee, it is hereby ORDERED that the automatic stay of Bankruptcy Code '362(a) be, and the same hereby is, MODIFIED to permit PennyMac Loan Services, LLC, or its Successor or Assignee to foreclose on its mortgage and, without limitation, to exercise any other rights it has under the mortgage or with respect to the property located at 717 Brown Street, Everson, PA 15631.

Prepared by: Lisa Tok

FILED
11/30/21 1:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_  dmk
Carlota M. Bohm
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23249-CMB |
| Matt V. Smith | Chapter 7 |
| Laurel L. Sassi | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 2 |
| Date Rcvd: Nov 30, 2021 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Matt V. Smith, Laurel L. Sassi, 201 Republic Road, Republic, PA 15475 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2021  Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |
| Jill Manuel-Coughlin | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com |
| Kenneth Steidl | on behalf of Debtor Matt V. Smith julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Laurel L. Sassi julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Lauren Moyer | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC ecfmail@ecf.courtdrive.com |

District/off: 0315-2 User: dsaw Page 2 of 2
Date Rcvd: Nov 30, 2021 Form ID: pdf900 Total Noticed: 1

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Mark A. Rowan
    on behalf of Debtor Matt V. Smith markrowan1@verizon.net

Mark A. Rowan
    on behalf of Joint Debtor Laurel L. Sassi markrowan1@verizon.net

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert H. Slone, Trustee
    robertslone223@gmail.com rslone@pulsenet.com;pa07@ecfcbis.com

TOTAL: 11