| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Matt V. Smith** | Social Security number or ITIN | **xxx–xx–4052** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Laurel L. Sassi** | Social Security number or ITIN | **xxx–xx–4293** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number: | **18–23249–CMB** | | |

## Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Matt V. Smith  
aka Matt Sassi

Laurel L. Sassi

12/27/21

**By the court:**    Carlota M. Bohm  
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23249-CMB |
| Matt V. Smith | Chapter 7 |
| Laurel L. Sassi | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 5 |
| Date Rcvd: Dec 27, 2021 | Form ID: 318 | Total Noticed: 80 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Matt V. Smith, Laurel L. Sassi, 201 Republic Road, Republic, PA 15475 |
| cr | + | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14898473 | + | AHN Forbes Hospital, 2570 Haymaker Road, Monroeville, PA 15146-3513 |
| 15408884 | + | Allegheny Health Network, Po Box 645266, Pittsburgh, PA 15264-5250 |
| 14898474 | + | Allegheny Radiology Associates, PO Box 49, Pittsburgh, PA 15230-0049 |
| 14904776 | + | Berkheimer Agt. Everson Borough/Southoreland SD, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 14898491 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Center, 250 Mt. Lebanon Blvd., Suite 420, West Mifflin, PA 15122 |
| 14898493 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of PA, PO Box 742537, Cincinnati, OH 45274 |
| 14898484 | | Capital One Auto Finance, PO Box 85617, Richmond, VA 23285-5617 |
| 14898489 | | Capital One CC1, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14898492 | | Columbia Gas, South Pointe Industrial Park, 105 Technology Drive, Canonsburg, PA 15317 |
| 14898497 | + | Everson Tax Collection, Karen L. Christner, 604 Graff Street, Everson, PA 15631-1122 |
| 15408912 | + | Fayette County Tax Claim, Po Box 21690, Lehigh Valley, PA 18002-1690 |
| 15408913 | + | Fayette County Tax Claim Bureau, 61 E. Main St., Uniontown, PA 15401-3514 |
| 15408914 | + | Frederick I. Weinberg & Assoc., 375 Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 15407583 | + | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14898498 | | Freedom Mortgage, 100500 Kincaid Drive, Fishers, IN 46037 |
| 14898499 | + | Freedom Mortgage, 1910 Cochran Road, Suite 728, Pittsburgh, PA 15220-1235 |
| 14929489 | + | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 15407582 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 15408924 | + | Novacare Rehabilitation, 400 Technology Drive, Suite 240, Canonsburg, PA 15317-9575 |
| 14898504 | + | Novacare Rehabilitation, 400 Technology Drive, Sute 240, Canonsburg, PA 15317-9575 |
| 14898506 | | Penny MAC Loan Services, 27001 Agoura Road, Agoura Hills, CA 91301-5339 |
| 14898507 | + | Penny Mac Loan Services, 3043 Townsgate Road, #200, Westlake Village, CA 91361-3027 |
| 14898505 | | Penny Mac Loan Services, 6101 Cander Drive, Moorpark, CA 93021 |
| 15408927 | | PennyMac Loan Services, 6101 Cander Drive, Moorpark, CA 93021 |
| 14920396 | + | PennyMac Loan Services, LLC, PO Box 2410, Moorpark, CA 93020-2410 |
| 14898510 | + | Powers Kirn & Associates, Eight Neshaminy Interplex, Suite 215, Feasterville Trevose, PA 19053-6980 |
| 15408933 | | Progressive Insurance, Po Box 31260, Tampa, FL 33631-3260 |
| 14898512 | + | Progressive Insurance, PO Box 43258, Richmond Heights, OH 44143-0258 |
| 15408932 | + | Progressive Insurance, Po Box 43258, Euclid, OH 44143-0258 |
| 14898511 | + | Progressive Insurance, 6300 Wilson Mills Road, Cleveland, OH 44143-2182 |
| 14898514 | + | Southmoreland School District, 200 Scottie Way, Scottdale, PA 15683-1066 |
| 14898517 | + | UPMC Dr. Austin MD, 2 Hot Metal Street, Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 14898516 | | Uniontown Hospital, 500 W. Berkeley St., Uniontown, PA 15401-5596 |
| 14898518 | | Washington Health System, PO Box 855, Washington, PA 15301-0855 |
| 14934208 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 14898522 | + | Westmoreland/Fayette Municipal Sewage, PO Box 126, 170 Mill Lane, Scottdale, PA 15683-2622 |
| 14898478 | | berkheimer tax innovations, PO Box 21690, Lehigh Valley, PA 18002-1690 |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

| District/off: 0315-2 | User: culy | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 27, 2021 | Form ID: 318 | Total Noticed: 80 |

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Dec 28 2021 07:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 28 2021 02:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Dec 28 2021 07:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 28 2021 02:41:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + EDI: AISACG.COM | Dec 28 2021 07:33:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14898475 | EDI: BANKAMER.COM | Dec 28 2021 07:33:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2235 |
| 14898476 | EDI: BANKAMER2.COM | Dec 28 2021 07:28:00 | Bank of America, PO Box 1758, Newark, NJ 07101-1758 |
| 14898477 | EDI: BANKAMER2.COM | Dec 28 2021 07:28:00 | Bank of America, PO Box 17402, Baltimore, MD 21297-1402 |
| 15408890 | EDI: CAPITALONE.COM | Dec 28 2021 07:33:00 | Capital One, 15000 Capital One Drive, Henrico, VA 23238-1119 |
| 14898479 | EDI: CAPITALONE.COM | Dec 28 2021 07:33:00 | Capital One, 15000 Capital One Drive, Richmond, VA 23238-1119 |
| 14898482 | EDI: CAPITALONE.COM | Dec 28 2021 07:33:00 | Capital One, Bankruptcy Correspondence, PO Box 5155, Norcross, GA 30091 |
| 15408901 | EDI: CAPITALONE.COM | Dec 28 2021 07:33:00 | Capital One Bank, 15000 Capital One Drie, Henrico, VA 23238 |
| 14898486 | EDI: CAPITALONE.COM | Dec 28 2021 07:33:00 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 14898490 | + EDI: CITICORP.COM | Dec 28 2021 07:33:00 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14898481 | EDI: CAPITALONE.COM | Dec 28 2021 07:33:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14898480 | EDI: CAPITALONE.COM | Dec 28 2021 07:33:00 | Capital One, PO Box 85167, Richmond, VA 23285-5167 |
| 14898483 | + EDI: CAPONEAUTO.COM | Dec 28 2021 07:33:00 | Capital One Auto, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 15408898 | + EDI: CAPONEAUTO.COM | Dec 28 2021 07:33:00 | Capital One Auto Finance, Po Box 60511, City of Industry, CA 91716-0511 |
| 14898485 | + EDI: CAPONEAUTO.COM | Dec 28 2021 07:33:00 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 14900170 | + EDI: AISACG.COM | Dec 28 2021 07:33:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14898488 | EDI: CAPITALONE.COM | Dec 28 2021 07:33:00 | Capital One Bank, PO Box 790216, Saint Louis, MO 63179-0216 |
| 14898487 | EDI: CAPITALONE.COM | Dec 28 2021 07:33:00 | Capital One Bank, PO Box 60024, City Of Industry, CA 91716-0024 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14920005 | | EDI: CAPITALONE.COM | Dec 28 2021 07:33:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14898494 | + | EDI: CONVERGENT.COM | Dec 28 2021 07:28:00 | Convergent Outsourcing, Inc., PO Box 9004, Renton, WA 98057-9004 |
| 14898496 | + | EDI: CCS.COM | Dec 28 2021 07:28:00 | Credit Collection Service, PO Box 9134, Needham Heights, MA 02494-9134 |
| 14898495 | + | EDI: CCS.COM | Dec 28 2021 07:28:00 | Credit Collection Service, PO Box 607, Norwood, MA 02062-0607 |
| 14898503 | + | EDI: CITICORP.COM | Dec 28 2021 07:33:00 | MCYDSNB, PO Box 8218, Mason, OH 45040 |
| 14898502 | + | EDI: CITICORP.COM | Dec 28 2021 07:33:00 | Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 14898500 | + | EDI: CITICORP.COM | Dec 28 2021 07:33:00 | Macy's, PO Box 4581, Carol Stream, IL 60197-4581 |
| 14898501 | + | EDI: CITICORP.COM | Dec 28 2021 07:33:00 | Macy's, PO Box 689195, Des Moines, IA 50368 |
| 15408917 | | EDI: RMSC.COM | Dec 28 2021 07:33:00 | Home Depot, Po Box 103047, Roswell, GA 30076 |
| 15408918 | + | EDI: CITICORP.COM | Dec 28 2021 07:33:00 | Home Depot/CBSD, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15408922 | + | Email/Text: bdsupport@creditmanagementcompany.com | Dec 28 2021 02:41:00 | McGee Woman's Hospital, c/o Credit Management Company, Foster Plaza, Building #7, 661 Anderson Drive, Suite 110, Pittsburgh, PA 15220-2700 |
| 14898508 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 28 2021 02:40:00 | PNC Bank, Attn: Bankruptcy Department, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14898509 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 28 2021 02:40:00 | PNC Bank NA, 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14936523 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 28 2021 02:40:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14920396 | + | Email/PDF: ebnotices@pnmac.com | Dec 28 2021 02:39:46 | PennyMac Loan Services, LLC, PO Box 2410, Moorpark, CA 93020-2410 |
| 14911466 | | EDI: Q3G.COM | Dec 28 2021 07:28:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14898513 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Dec 28 2021 02:41:00 | Receivables Management Partners, 1809 N. Broadway St., Greensburg, IN 47240-8217 |
| 14898515 | | Email/Text: amieg@stcol.com | Dec 28 2021 02:40:00 | State Collection Service, Inc., PO Box 6250, Madison, WI 53716-0250 |
| 14898519 | + | EDI: WFFC.COM | Dec 28 2021 07:33:00 | Wells Fargo, PO Box 1697, Winterville, NC 28590-1697 |
| 14898520 | | EDI: WFFC.COM | Dec 28 2021 07:33:00 | Wells Fargo, 1789 S. Braddock Ave. 150, Pittsburgh, PA 15218-1871 |
| 14898521 | | EDI: WFFC.COM | Dec 28 2021 07:33:00 | Wells Fargo, PO Box 14411, Des Moines, IA 50306-3411 |
| 15408940 | + | EDI: WFFC.COM | Dec 28 2021 07:33:00 | Wells Fargo, Po Box 168048, Irving, TX 75016-8048 |

TOTAL: 44

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |

| District/off: 0315-2 | User: culy | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 27, 2021 | Form ID: 318 | Total Noticed: 80 |

| | | |
|---|---|---|
| 15408883 | *+ | AHN Forbes Hospital, 2570 Haymaker Road, Monroeville, PA 15146-3513 |
| 15408885 | *+ | Allegheny Radiology Associates, Po Box 49, Pittsburgh, PA 15230-0049 |
| 15408886 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998-2235 |
| 15408887 | * | Bank of America, Po Box 1758, Newark, NJ 07101-1758 |
| 15408888 | * | Bank of America, Po Box 17402, Baltimore, MD 21297-1402 |
| 15408889 | * | Berkheimer Tax Innovations, Po Box 21690, Lehigh Valley, PA 18002-1690 |
| 15408894 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Drive, Henrico, VA 23238-1119 |
| 15408896 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Drive, Henrico, VA 23238-1119 |
| 15408891 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Drive, Richmond, VA 23238-1119 |
| 15408895 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, Bankruptcy Correspondence, Po Box 5155, Norcross, GA 30091 |
| 15408904 | *+ | CBNA, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15408905 | *P++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477, address filed with court:, Collection Service Center, 250 Mt. Lebanon Blvd., Suite 420, West Mifflin, PA 15122 |
| 15408907 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas of PA, Po Box 742537, Cincinnati, OH 45274 |
| 14924453 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas of Pennsylvania, PO BOX 117, Columbus, OH 43216 |
| 15408893 | * | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15408892 | * | Capital One, Po Box 85167, Richmond, VA 23285-5167 |
| 15408897 | *+ | Capital One Auto, 3901 Dallas Parkway, Plano, TX 75093-7864 |
| 15408899 | * | Capital One Auto Finance, Po Box 85617, Richmond, VA 23285-5617 |
| 15408900 | *+ | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 15408902 | * | Capital One Bank, Po Box 790216, Saint Louis, MO 63179-0216 |
| 15408903 | * | Capital One CC1, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15408906 | * | Columbia Gas, South Pointe Industrial Park, 105 Technology Drive, Canonsburg, PA 15317 |
| 15408908 | *+ | Convergent Outsourcing Inc., Po Box 9004, Renton, WA 98057-9004 |
| 15408910 | *+ | Credit Collection Service, Po Box 9134, Needham Heights, MA 02494-9134 |
| 15408909 | *+ | Credit Collection Service, Po Box 607, Norwood, MA 02062-0607 |
| 15408923 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, MCYDSNB, Po Box 8218, Mason, OH 45040 |
| 15408920 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Macy's, Bankruptcy Processing, Po Box 8053, Mason, OH 45040 |
| 15408919 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Macy's, Po Box 4581, Carol Stream, IL 60197-4581 |
| 15408921 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Macy's, Po Box 689195, Des Moines, IA 50368 |
| 15408911 | *+ | Everson Tax Collection, Karen L. Christner, 604 Graff Street, Everson, PA 15631-1122 |
| 15408915 | * | Freedom Mortgage, 100500 Kincaid Drive, Fishers, IN 46037 |
| 15408916 | *+ | Freedom Mortgage, 1910 Cochran Road, Suite 728, Pittsburgh, PA 15220-1235 |
| 15408928 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Attn Bankruptcy Department, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15408929 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank NA, 1 Financial Parkway, Kalamazoo, MI 49009 |
| 15408930 | *+ | POwers Kirn & Associates, Eight Neshaminy Interplex, Suite 215, Feasterville Trevose, PA 19053-6980 |
| 15408925 | * | Penny MAC Loan Services, 27001 Agoura Road, Agoura Hills, CA 91301-5339 |
| 15408926 | *+ | Penny Mac Loan Services, 3043 Townsgate Road, #200, Westlake Village, CA 91361-3027 |
| 15408931 | *+ | Progressive Insurance, 6300 Wilson Mills Road, Cleveland, OH 44143-2182 |
| 15408934 | *+ | Receivables Management Partners, 1809 N. Broadway St., Greensburg, IN 47240-8217 |
| 15408936 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Service, Inc., Po Box 6250, Madison, WI 53716-0250 |
| 15408935 | *+ | Southmoreland School District, 200 Scottie Way, Scottdale, PA 15683-1066 |
| 15408938 | *+ | UPMC Dr. Austin MD, 2 Hot Metal Street, Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 15408937 | * | Uniontown Hospital, 500 W. Berkeley St., Uniontown, PA 15401-5596 |
| 15408939 | * | Washington Health System, Po Box 855, Washington, PA 15301-0855 |
| 15408941 | *+ | Wells Fargo, Po Box 1697, Winterville, NC 28590-1697 |
| 15408943 | * | Wells Fargo, 1789 S. Braddock Ave. 150, Pittsburgh, PA 15218-1871 |
| 15408942 | * | Wells Fargo, Po Box 14411, Des Moines, IA 50306-3411 |
| 15408944 | *+ | Westmoreland/Fayette Municipal Sewage, Po Box 126, 170 Mill Lane, Scottdale, PA 15683-2622 |

TOTAL: 1 Undeliverable, 48 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 29, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |
| Jill Manuel-Coughlin | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com |
| Kenneth Steidl | on behalf of Debtor Matt V. Smith julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Laurel L. Sassi julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor PENNYMAC LOAN SERVICES LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |
| Mark A. Rowan | on behalf of Debtor Matt V. Smith markrowan1@verizon.net |
| Mark A. Rowan | on behalf of Joint Debtor Laurel L. Sassi markrowan1@verizon.net |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | robertslone223@gmail.com rslone@pulsenet.com;pa07@ecfcbis.com |

TOTAL: 11